BARRY J. PORTMAN
Federal Public Defender
NICHOLAS PETER HUMY
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant MORENO

FILED
JUN 16 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> KENNETH MORENO JR., ) <br> ) <br> Defendant. ) | No. CR 05-00163 JF <br> *IS* <br> [~~PROPOSED~~] TRAVEL ORDER <br><br> HON. HOWARD LLOYD |

IT IS HEREBY ORDERED that defendant Kenneth Moreno Jr. be allowed to travel to the Eastern District of California on June 18th, 2005 to take his deceased father's items to his daughter. The defendant shall provide pretrial services with an itinerary prior to leaving the Northern District of California and shall contact Pretrial Services upon his return to the Northern District of California. All other terms and conditions of release shall remain the same.

IT IS SO ORDERED.

DATED: 6/16/05

HON. ~~HOWARD LLOYD~~ RICHARD SEEBORG
United States Magistrate Judge

[PROPOSED] TRAVEL ORDER        1