KEVIN V. RYAN (CASBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

SHAWNA YEN (CASBN 224447)
Assistant United States Attorney

150 Almaden Boulevard, Room 900
San Jose, California 95113
Telephone: (408) 535-5054
Fax: (408) 535-5066

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | CR 05-00163 JF |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE |
| v. | ) | TRIAL SETTING CONFERENCE |
| | ) | ORDER |
| KENNETH ANTHONY MORENO, JR., | ) | |
| | ) | |
| Defendant. | ) | |

It is hereby stipulated by and between counsel for the UNITED STATES, Assistant U.S. Attorney Shawna Yen, and counsel for the Defendant KENNETH ANTHONY MORENO, JR., Assistant Federal Public Defender Nicholas Humy, that the date set for the trial-setting conference or plea hearing on this case be continued from June 22, 2005 to July 6, 2005 at 9 a.m. This continuance is necessary because counsel the United States will be unavailable on June 22, 2005 and, in any event, the parties are continuing to exchange discovery in this case.

In addition, parties stipulate that the time between June 22, 2005 and the date scheduled for trial-setting conference or plea hearing in this case, July 6, 2005, is excludable under the Speedy Trial Act. In consenting to this exclusion of time, the defendant has been advised and understands that under 18 U.S.C. § 3161(c)(1) he is entitled to be a trial within 70 days of the

date he appeared on the Indictment that was filed in this matter.  After consultation with his attorney, the defendant wishes to waive that right and exclude the time between June 22, 2005 and July 6, 2005 from the 70-day period between Indictment and trial, as provided by the Speedy Trial Act.

     The parties agree that the ends of justice served by this continuance outweigh the interests of the defendant and the public in a speedy trial inasmuch as the defense needs additional time to receive and review the discovery in this case.  The parties agree that failure to grant the requested exclusion of time would likely make continuation of the proceedings impossible or result in a miscarriage of justice, and would deny counsel for both parties the reasonable time necessary to for effective preparation taking into account the exercise of due diligence. .

Dated this _____ day of June, 2005.

_____
SHAWNA YEN
Assistant U.S. Attorney

Dated this _____ day of June, 2005.

_____
NICHOLAS HUMY
Assistant Federal Public Defender

GOOD CAUSE APPEARING,

IT IS ORDERED that the date set for the hearing on the defendant's pre-trial motion to suppress, be continued from June 22, 2005 to July 6, 2005 at 9 a.m.  The time between the original status hearing of June 22, 2005, and the new status hearing on July 6, 2005, is excluded from the 70-day period between indictment and trial, as provided by the Speedy Trial Act.

Dated this 17th day of June, 2005.

    _(s/electronic signature authorized)___
JEREMY FOGEL
United States District Judge

Copies to be served on:

SHAWNA YEN
Assistant U.S. Attorney
150 Almaden Boulevard, Suite 900
San Jose, CA 95113

NICHOLAS HUMY
Assistant Federal Public Defender
160 W. Santa Clara Street, Suite 575
San Jose, California 95113