BARRY J. PORTMAN  
Federal Public Defender  
NICHOLAS P. HUMY  
Assistant Federal Public Defender  
160 West Santa Clara Street, Suite 575  
San Jose, California  95113  
Telephone (408) 291-7753  

**E-filed 10/21/05**

Counsel for Defendant MORENO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 05-00163 JF |
| Plaintiff, | ) STIPULATION TO CONTINUE HEARING; |
| vs. | ) ORDER |
| KENNETH MORENO, JR. | ) |
| Defendant. | ) |

### STIPULATION

IT IS HEREBY STIPULATED, by and between the parties to this action, plaintiff, United States Attorney, and the defendant, KENNETH MORENO, JR., by and through their respective attorneys of record, that the status hearing, presently scheduled for Wednesday, October 5, 2005, at 9:00 a.m., be continued to Wednesday, November 2, 2005, at 9:00 a.m. The reason for this request is because the defense has yet to receive a copy of the hard drive seized from the defendant, and also because counsel for the defendant will be on medical leave for at least one week.  The parties agree that this continuance is necessary to allow the defense to investigate and for continuity of counsel.

STIPULATION TO CONTINUE  
HEARING DATE;  
ORDER                                               1

1     The parties agree and stipulate that the period the period of delay from October 5,
2 2005 to November 2, 2005 be excluded under the speedy trial act, 18 U.S.C. §3161(H)(8)(A)
3 and (B) in that the ends of justice served by the granting of the continuance outweigh the bests
4 interests of the public and the defendant in a speedy and public trial.

6 DATED: September 30, 2005

7                                       _____-S-_____
                                       SHAWNA YEN
8                                        Assistant United States Attorney

10 DATED: October 3, 2005

11                                       _____-S-_____
                                       NICHOLAS PETER HUMY
12                                        Assistant Federal Public Defender

15    I, Nicholas Peter Humy, declare under penalty of perjury that I possess a copy of Assistant United States Attorney, Shawna Yen's holographic signature to this stipulation.

17 DATED: October 3, 2005                        _____-S-_____
                                       NICHOLAS PETER HUMY
18                                      Assistant Federal Public Defender

# ORDER

Upon stipulation of the parties to the above-entitled matter and good cause appearing,

IT IS HEREBY ORDERED that the date set for defendant's next appearance in this case be continued to Wednesday, November 2, 2005, at 9:00 a.m. before this Court.

IT IS FURTHER ORDERED that the period of delay from October 5, 2005 to November 2, 2005 be excluded under the speedy trial act, 18 U.S.C. Section 3161(H)(8)(A) and (B), to allow the defense to properly investigate, and for continuity of defense counsel.

DATED: 10/21/05
NUNC PRO TUNC

/s/electronic signature authorized
_____
HON. JEREMY FOGEL
UNITED STATES DISTRICT COURT JUDGE

STIPULATION TO CONTINUE
HEARING DATE;
ORDER                              3