*E-filed 6/16/06*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 05-00163 JF (RS) |
|---|---|---|
| Plaintiff, | ) | [PROPOSED] ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION FOR TRAVEL AUTHORIZATION |
| v. | ) | |
| KENNETH ANTHONY MORENO, | ) | **HON. HOWARD R. LLOYD** |
| Defendant. | ) | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of release set on April 14, 2005 in the above case be modified to permit defendant Kenneth Anthony Moreno to travel to San Joaquin Valley National Cemetery, located in the Eastern District of California, on Saturday, June 24, 2006, returning the same day to the Northern District of California.

IT IS FURTHER ordered that Mr. Moreno shall provide U.S. Pretrial Services with his itinerary prior to leaving the Northern District of California.

All other terms and conditions of release remain in full force and effect.

Dated:   6/16/06

/s/ Howard R. Lloyd
HOWARD R. LLOYD
United States Magistrate Judge