KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

SHAWNA YEN (CASBN 224447)
Assistant United States Attorney

   150 Almaden Boulevard, Room 900
   San Jose, California 95113
   Telephone: (408) 535-5054
   Fax: (408) 535-5066
   Email: shawna.yen2@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 05-00163 JF |
|        Plaintiff, ) | STIPULATION TO DISMISS REMAINING COUNTS OF SUPERSEDING INDICTMENT [~~PROPOSED~~] ORDER |
|    v. ) | |
| KENNETH ANTHONY MORENO, JR., ) | |
|        Defendant. ) | |

      On August 31, 2006, the defendant KENNETH ANTHONY MORENO, JR. entered a plea of guilty to Count One of the Superseding Indictment, pursuant to a binding plea agreement under Fed. R. Crim. P. 11(c)(1)(C).   Under the plea agreement, the United States agreed to move to dismiss any open charges pending against the defendant in the Superseding Indictment at the time of sentencing.

      The parties appeared for the sentencing hearing on this matter on December 6, 2006. Consistent with the binding plea agreement, the Court sentenced the defendant to 60 months of custody, three years of supervised release, and a $100 special assessment.

1 | The United States hereby moves to dismiss the remaining counts of the Superseding
2 | Indictment, namely Counts Two, Three and Four.  Counsel for the Defendant KENNETH
3 | ANTHONY MORENO, JR., Assistant Federal Public Defender Cynthia Lie, has no objection to
4 | the motion to dismiss these remaining counts of the Superseding Indictment.

Dated this 6th day of December, 2006.

_____/S/_____
SHAWNA YEN
Assistant U.S. Attorney

Dated this 6th day of December, 2006.

_____/S/_____
CYNTHIA LIE
Assistant Federal Public Defender

1 | GOOD CAUSE APPEARING,

2 | IT IS ORDERED that the United States' motion to dismiss Counts Two, Three and Four

3 | of the Superseding Indictment in the above-captioned matter is GRANTED.

4 | Dated this _8th_ day of December, 2006.

5
6
7 | JEREMY FOGEL
United States District Judge

8
9 | Copies to be served on:

10 | SHAWNA YEN
Assistant U.S. Attorney
11 | 150 Almaden Boulevard, Suite 900
San Jose, CA 95113
12
CYNTHIA LIE
13 | Assistant Federal Public Defender
160 W. Santa Clara Street, Suite 575
14 | San Jose, California 95113

3