FILED

JAN 2 2 2007

[COURT STAMP]
[NORTHERN DISTRICT OF] CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 05-00163 JF (RS) |
|---|---|---|
| Plaintiff, | ) | [PROPOSED] ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION FOR TRAVEL AUTHORIZATION |
| v. | ) | |
| KENNETH ANTHONY MORENO, | ) | **HON. HOWARD R. LLOYD** |
| Defendant. | ) | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of release set on April 14, 2005 in the above case be modified to permit defendant Kenneth Anthony Moreno to travel to Redding, California, located in the Eastern District of California, from Friday, January 26, 2007 to Monday, January 29, 2007.

IT IS FURTHER ordered that Mr. Moreno shall provide U.S. Pretrial Services with his itinerary and local contact information prior to leaving the Northern District of California.

All other terms and conditions of release remain in full force and effect.

Dated: 1/22/07

HOWARD R. LLOYD   RICHARD SEEBORG
United States Magistrate Judge

[Proposed] Order Granting Ex Parte
Application for Travel Authorization           - 1 -