BARRY J. PORTMAN  **E-filed 2/2/07**
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara St., Ste. 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant MORENO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00163 JF |
| Plaintiff, | STIPULATION AND [~~PROPOS~~ED] ORDER EXTENDING VOLUNTARY SURRENDER DATE |
| v. | |
| KENNETH ANTHONY MORENO, | |
| Defendant. | |

## STIPULATION

The parties hereby stipulate and agree that the date for the defendant's voluntary surrender for commencement of his term of imprisonment may be extended from Monday, February 5, 2007 to Monday, March 5, 2007 at 2:00 p.m. The reason for the requested extension is that the Bureau of Prisons has not yet designated the facility to which Mr. Moreno shall report.

Date: February 1, 2007

_____/S/_____
CYNTHIA C. LIE
Assistant Federal Public Defender

Date: February 2, 2007

_____/S/_____
SHAWNA YEN
Assistant United States Attorney

Stipulation and [Proposed] Order Extending
Voluntary Surrender Date        - 1 -

## [~~PROPOSED~~] ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the date for the defendant's voluntary surrender to the Bureau of Prisons shall be extended from Monday, February 5, 2007 to Monday, March 5, 2007 at 2:00 p.m.

Date: February 2 , 2007

_____
JEREMY FOGEL
United States District Judge

Stipulation and [Proposed] Order Extending
Voluntary Surrender Date                - 2 -