*efiled 3/2/07

1  BARRY J. PORTMAN
   Federal Public Defender
2  JAY RORTY
   Assistant Federal Public Defender
3  160 West Santa Clara St., Ste. 575
   San Jose, CA 95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant MORENO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 05-00163 JF |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER EXTENDING VOLUNTARY SURRENDER DATE |
| v. | ) | |
| KENNETH ANTHONY MORENO, | ) | |
| Defendant. | ) | |

**STIPULATION**

The parties hereby stipulate and agree that the date for the defendant's voluntary surrender for commencement of his term of imprisonment may be extended from Monday, March 5, 2007 to Monday, March 26, 2007 at 2:00 p.m. The reason for the requested extension is that on March 2, 2007, the Bureau of Prisons designated Mr. Moreno to FCI Big Spring, Texas. It is not possible for Mr. Moreno to arrange his affairs and travel to Texas by Monday March 5, 2007

Date: March 2, 2007

_____/S/_____
JAY RORTY
Assistant Federal Public Defender

Date: March 2, 2007

_____/S/_____
SHAWNA YEN
Assistant United States Attorney

## [PROPOSED] ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the date for the defendant's voluntary surrender to the Bureau of Prisons shall be extended from Monday, March 5, 2007 to Monday, March 26, 2007 at 2:00 p.m.

Date: March  2 , 2007

_____
JEREMY FOGEL
United States District Judge